IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SANDRA OVERSTREET WIER                                              PLAINTIFF

V.                                                               CIVIL ACTION NO. 4:18-CV-105-DAS

COMMISSIONER OF SOCIAL SECURITY                              DEFENDANT

## CORRECTED ORDER AWARDING ATTORNEY FEES

The court, being advised that the original order contained a clerical error as to the name of the plaintiff, issues this corrected order.

Before the court is the claimant's motion for payment of attorney's fees pursuant to the Equal Access to Justice Act (AJA), 28 U.S.C. § 2412. In these proceedings, the claimant sought judicial review of the final decision of the Commissioner of Social Security, denying a claim for benefits. The court remanded this case to the Commissioner for further proceedings. The claimant now seeks attorney fees under the EAJA as the prevailing party, asserting the Commissioner's position was not substantially justified. By the motion and attached exhibits, the claimant requests an award of $ 5,008.85 in attorney's fees, $400.00 in court costs, and $45.46 in expenses.

In accordance with *Astrue v. Ratliff*, the funds shall be made payable to the plaintiff, but mailed to the address of counsel for the plaintiff.

SO ORDERED this the 11th day of July, 2019.

                                                        /s/ David A. Sanders
                                                        U.S. MAGISTRATE JUDGE